**Order entered September 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00075-CR
No. 05-13-00082-CR
No. 05-13-00093-CR

**RONALD CHESTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-24689-S, F09-61864-S, F12-81023-S**

## ORDER

The Court **REINSTATES** these appeals.

On September 11, 2013, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief. Thus, we **VACATE** our September 11, 2013 order.

We **GRANT** appellant's September 25, 2013 motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.

/s/      DAVID EVANS
JUSTICE